5055.   JOHNSON *v.* GEORGIA FERTILIZER & OIL COMPANY.

ROAN, J. The bill of exceptions not having been tendered until after the expiration of thirty days from the judgment complained of, and it not appearing that the court remained in session more than thirty days, the writ of error must be dismissed.          *Writ of error dismissed.*

DECIDED NOVEMBER 25, 1913.

Complaint; from city court of Baxley—Judge Sellers. April 5, 1911.

*W. W. Bennett, W. H. Watson,* for plaintiff in error.
*O'Steen & Wallace,* contra.